IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA KAY HEDGEPETH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 15-0067-C |
| ) | |
| MOBILE COUNTY PROBATE ) | |
| JUDGE DON DAVIS, individually ) | |
| and in his official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

COME NOW undersigned counsel for Plaintiffs, and undersigned counsel for Defendants, MOBILE COUNTY PROBATE JUDGE DON DAVIS, individually and in his official capacity, JOE MCEARCHERN, JR., individually and in his official capacity as clerk of the Probate Court of Mobile, Alabama, and C. MARK ERWIN, individually and in his official capacity as chief of staff of the Probate Court of Mobile County, and move this Honorable Court to dismiss the lawsuit as to each of the above-named Defendants, with prejudice, and since costs were pre-paid, none are to be assessed.

Respectfully submitted this 13th day of February, 2015.

*(signature)*
DAVID G. KENNEDY (1238-I72K)
Attorney for Plaintiffs
Post Office Box 556
Mobile, Alabama 36601
(251) 338-9805
david@kennedylawyers.com

*(signature)*
CHRISTINE C. HERNANDEZ(8252-I64H)
Attorney for Plaintiffs
Post Office Box 66174
Mobile, Alabama 36660
(251) 479-1477
christine@hernandez.law.comcastbiz.net

*(signature)*
HARRY V. SATTERWHITE (Satth4909)
J. MICHAEL DRUHAN, JR. (Druh2816)
Attorneys for the Honorable Don Davis, Judge of the Probate Court of Mobile County, Alabama, C. Mark Erwin, and Joe McEarchern, Jr.
SATTERWHITE, DRUHAN, GAILLARD & TYLER, LLC
1325 Dauphin Street
Mobile, Alabama 36604
(251) 432-8120 (phone)
(251) 405-0147 (fax)
harry@satterwhitelaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 13th day of February 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

                                        DAVID G. KENNEDY