## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAULA KAY HEDGEPETH, <u>et</u> <u>al</u>.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15-0067-CG-C** |
| | ) | |
| **MOBILE COUNTY PROBATE** | ) | |
| **JUDGE DON DAVIS, <u>et</u> <u>al</u>.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

This matter is before the court on the Stipulation for Dismissal filed by the Plaintiffs on February 13, 2015 (Doc. 16), in which Plaintiffs and Defendants, Mobile County Probate Judge Don Davis, Joe McEarchern, Jr., and C. Mark Erwin, move for dismissal of this case as to each of the aforementioned defendants with prejudice.

Upon due consideration, the parties' motion is hereby **GRANTED**, and the plaintiffs' claims against Defendants Mobile County Probate Judge Don Davis, Joe McEarchern, Jr., and C. Mark Erwin in their individual and official capacities are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear her or his own costs.

**DONE and ORDERED** this 24th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE