# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAULA KAY HEDGEPETH, *ET AL.*,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Civil Action No. 15-cv-0067-CG-C |
| | ) |
| **MOBILE COUNTY PROBATE** | ) |
| **JUDGE DON DAVIS, *ET AL.*,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, J. Douglas McElvy, and enters a Notice of Appearance in the above-styled action as counsel on behalf of Roy S. Moore, individually and in his official capacity as Chief Justice of the State of Alabama.

    Respectfully submitted,

    s/ J. Douglas McElvy
    J. Douglas McElvy (ASB-6013-V74J)
    Attorney for Chief Justice Roy S. Moore

**OF COUNSEL:**
J. Douglas McElvy
Aliant Center
2740 Zelda Road, Fourth Floor
Montgomery, AL. 36106
Phone:  334.293.0567
Fax:  334.293.0565
dmcelvy@mcelvylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christine Cassie Hernandez
David Graham Kennedy
Harry V. Satterwhite
Joseph Michael Druhan, Jr.
Algert S. Agricola, Jr.
David Byrne, Jr.
James W. Davis
Laura Elizabeth Howell

                                        s/ J. Douglas McElvy
                                        Of Counsel