**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| PAULA KAY HEDGEPETH, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | |
| ROBERT BENTLEY, individually and in | : | CA 15-00067-CG-C |
| his official capacity as Governor of the | | |
| State of Alabama; LUTHER STRANGE, III, | : | |
| individually and in his official capacity | | |
| as Attorney General of the State of | : | |
| Alabama; and ROY MOORE, individually | | |
| and in his official capacity as Chief Justice | : | |
| of the Alabama Supreme Court, | | |
| | : | |
| Defendants.[1] | | |

## ORDER

This matter is before the Court on Defendant, Attorney General Luther Strange's motion to dismiss Plaintiffs' action against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 21.) The motion to dismiss (*id.*) will be taken under submission by the undersigned on **March 27, 2015**. The Plaintiffs are **ORDERED** to file a response to Attorney General Strange's motion to dismiss on or before **March 19, 2015**. Any reply filed by Attorney General Strange in support of his motion must be filed by **March 26, 2015**. Briefing on Attorney General Strange's motion will then be closed.

---

[1] On February 24, 2015, United States District Judge Callie V. S. Granade dismissed Plaintiffs' claims against Mobile County Probate Judge Don Davis, Joe McEarchern, Jr., and C. Mark Erwin in their individual and official capacities. (Doc. 20.) Consequently, the style of this case is now changed in that it only includes the names of the current defendants in this matter, as reflected above. The parties are directed to use the appropriate style for this case in future filings by including the names of the current parties to this action or by using the following abbreviated style: Paula Kay Hedgepeth, *et al.*, v. Robert Bentley, *et al.*

Additionally, in light of the briefing schedule entered above, the briefing schedule previously entered on Governor Robert Bentley's motion to dismiss (doc. 18) shall be modified to match the schedule for Attorney General Strange's motion. Accordingly, the Plaintiffs' deadline to respond to Governor Bentley's motion to dismiss shall be **EXTENDED** from March 11, 2015, (*see id.*), to **March 19, 2015**; Governor Bentley's deadline to file a reply in support of his motion shall be **EXTENDED** from March 18, 2015, (*see id.*), to **March 26, 2015**; and the undersigned will take Governor Bentley's motion to dismiss (doc. 17) under submission on **March 27, 2015**.

**DONE** and **ORDERED** this 2nd day of March 2015.

  s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**